UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

THE UNITED STATES OF AMERICA                    JUDGMENT
FOR THE USE OF TRANE US, INC.,                  13-CV- 2689 (NGG)

                    Plaintiff,

        -against-

JHJ ENTERPRISES, LLC and
WESTCHESTER FIRE INSURANCE
COMPANY,

                    Defendants.
---------------------------------------------------X

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on August 29, 2014, adopting as modified the Report and Recommendation of

Magistrate Judge Ramon E. Reyes, Jr., dated August 1, 2014; granting Plaintiff's motion for

summary judgment; awarding Plaintiff a total of $39,413.75, which includes $31,832.20 in

principal, $6,931.35 in prejudgment interest calculated through August 29, 2014 (accruing

thereafter at a rate of $7.85 per day) and $650.00 in costs and disbursements; and the Clerk of

Court having calculated per day interest of $7.85 and the per day interest being $31.40; it is

ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is

granted; and that Plaintiff The United States of America For The Use Of Trane US, Inc., is

awarded $39,445.15 against Defendant JHJ Enterprises, LLC.

Dated: Brooklyn, New York                       Douglas C. Palmer
        September 02, 2014                       Clerk of Court

                                        by:    /s/ Janet Hamilton
                                               Deputy Clerk