UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE UNITED STATES OF AMERICA FOR THE
USE OF TRANE US, INC.,

                              Plaintiff,

Civil Action No. 1:13-cv-02689(NGG)(RER)

**Stipulation of Discontinuance**

-against-

JHJ ENTERPRISES, LLC, A LIMITED LIABILITY
COMPANY; and WESTCHESTER FIRE
INSURANCE COMPANY, A CORPORATION,

                              Defendants.
-------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above action, that the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. The undersigned stipulate that the above entitled action has been settled completely as between the parties and/or judgment has been entered. Facsimile or electronic signatures upon this Stipulation shall be of the same force and effect as original signatures and this Stipulation may be executed in counterparts.

Dated:  December    , 2014

| | |
|---|---|
| BORGES & ASSOCIATES, LLC<br>Attorneys for Plaintiff<br>575 Underhill Blvd., Suite 118<br>Syosset, New York 11791<br>516-677-8200 Ext 226 - Phone<br>516-677-0806 - Fax<br>chansen@borgeslawllc.com | BERKOWITZ & ASSOCIATES, PC<br>Attorney(s) for Defendants<br>JHJ ENTERPRISES, LLC and<br>WESTCHESTER FIRE INSURANCE<br>COMPANY, A CORPORATION<br>10000 Lincoln Drive East, Suite 202<br>Marlton, NJ 08053<br>856-350-6060 Ext. 4 - Phone<br>856-751-1677- Fax<br>idorfman@contractorlawoffices.com |
| By: CHRISTINE J. HANSEN, ESQ. | By: IRA E. DORFMAN, ESQ. |

SO ORDERED:  /s/ Ramon E. Reyes, Jr. dated 12/10/14
                        MAGISTRATE JUDGE RAMON E. REYES, JR.